NUMBER 13-06-291-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_____________________________________________________________

 

                     IN RE: MAX YORK AND TINA
YORK                                              

_____________________________________________________________

 

                      On Petition for Writ of
Mandamus _____________________________________________________________

 

                     MEMORANDUM OPINION

 

         Before Chief Justice Valdez and Justices Rodriguez and Garza

                            Per Curiam Memorandum Opinion[1]

 

Relators, Max York and
Tina York, filed a petition for writ of mandamus in the above
cause on June 2, 2006. 
The Court, having examined and fully considered the petition for writ of
mandamus and the responses filed by real parties in interest, is
of the opinion that relators have not shown themselves entitled to the relief
sought.  Accordingly, relators' petition
for writ of mandamus is denied.  See Tex. R. App. P. 52.8(a).








Furthermore, on June
2, 2006, this Court granted relators' motion to stay all trial court
proceedings in cause number C-2009-05-E in Hidalgo County, pending our review
of the petition for writ of mandamus. 
Having denied the petition, the stay is hereby lifted.

PER CURIAM

 

 

Memorandum Opinion delivered and filed

this 21st day of June, 2006.

 











[1]
See
Tex. R. App. P. 52.8(d) (AWhen
denying relief, the court may hand down an opinion but is not required to do
so.@); Tex. R. App. P. 47.4 (distinguishing
opinions and memorandum opinions).